UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph L. Chambers</u>

        v.                      Case No. 04-cv-258-JD

<u>NH State Prison</u>

<u>                 O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 12, 2005, no objection having been filed, for the reasons stated therein.

    SO ORDERED.

September 6, 2005                            _____

                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

cc:     Randolph L. Chambers, pro se